HARTWIG et al., Appellants, v. EVERETT et al., Respondents. (City Court of New York, General Term. February 23, 1897.) Action by Louis Hartwig and another against Randolph C. Everett and another. Douglas & Minton, for appellants. Richard Marvin, respondents.

VAN WYCK, C. J. The defendants moved to set aside service of summons on the ground that plaintiffs had enticed them into the jurisdiction by fraud and deceit, for the purpose of making such service upon them, and they ap-

peal from the order denying this motion. The rule is well settled that, if a defendant be brought within the jurisdiction of the court by any fraud or deceit, the service of process upon him will be set aside. However, in this case the question whether or not the defendants had been enticed into the .jurisdiction by plaintiffs' deceit was in dispute. This disputed question of fact was decided in favor of plaintiffs by the denial of defendants' motion, and this determination of that question by the court at special term is justified by the proofs and will not be disturbed. · Order affirmed, with costs.